Isidore D. Morrison, Appellant, v. New York Life Insurance Company, Respondent.— The action was brought to recover the sum of $4,817, representing the total amount of five annual premiums in the sum of $963.40 each due on the 21st days of November, 1928, to 1932, inclusive, under a policy of life insurance issued by defendant on the life of plaintiff. The policy contained a provision for total and permanent disability benefits. On November 1, 1928, plaintiff became totally and permanently disabled. He did not notify defendant nor furnish proof of this disability until August 24, 1933. The policy provided that premiums would be waived after filing of notice of disability and proof thereof. Judgment in favor of defendant unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [154 Misc. 639.]

In the Matter of the Application of Terijon Weitling, Appellant, for an Order Directing the Delivery to Him of His Papers and Property by Julian A. Gregory and W. Randolph Montgomery, Attorneys at Law of the State of New York, Copartners, Practicing under the Firm Name of Gregory, Stewart & Montgomery, Respondents. In the Matter of Terijon Weitling, Plaintiff, against John S. Sorenson, as Surviving Partner of the Firm of Crossman & Sielcken, in Liquidation, and Irving Trust Company, as Executor of the Estate of Hermann Sielcken, Deceased, Defendants.— This proceeding was commenced by service upon respondents of a notice of motion, dated August 10, 1934, and an affidavit of petitioner, for a summary order directing the respondents (who were the petitioner's attorneys of record, in an action in the Supreme Court, New York county) to turn over to petitioner, or his attorney, all papers having to do with petitioner's cause of action. Respondents resisted the motion and asserted liens. The matter was referred to an official referee to take proof and report whether the respondents had forfeited their liens as attorneys on the papers and property of the petitioner. From an order confirming the report of the referee, petitioner appealed. Order modified by reducing the amount of the respondents' lien to the sum of $3,500, less an unexpended balance deposited for disbursements amounting to $23, making the net amount of the lien the sum of $3,477 with interest thereon from the 6th day of July, 1934; and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the Union Mutual Casualty Insurance Corporation. Claim of: United Thrift Plan, Inc., Claim No. 34-G. United Thrift Plan, Inc., Claimant-Appellant; George S. Van Schaick, Superintendent of Insurance of the State of New York, Liquidator-Respondent.— Order confirming the referee's report and dismissing and disallowing the claim of the United Thrift Plan, Inc., unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.